JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR04-5349FDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER GRANTING STIPULATED |
| ) | MOTION FOR EXTENSION OF |
| FREDRICK PAUL HIGBY, ) | PRETRIAL MOTIONS DEADLINE |
| ) | |
| Defendant. ) | |
| ) | |

Upon the stipulation of the parties to extend the deadline for pretrial motions, the Court finds that such a continuance would serve the ends of justice; therefore,

///

///

///

///

///

///

///

///

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF PRETRIAL MOTIONS DEADLINE   -1-

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

IT IS HEREBY ORDERED that the pretrial motions deadline in this matter be continued to June 30, 2005.

DONE this 27th day of June, 2005.

/s/ Franklin D Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/
MIRIAM F. SCHWARTZ
Attorney for Defendant

/s/
GREGORY A. GRUBER
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF PRETRIAL MOTIONS DEADLINE   -2-

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710